IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
AUG - 8 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

AMBER L. MCWHA,

    Plaintiff,

vs.                    CIVIL ACTION NO. 5:06-CV-00164
                          JUDGE FREDERICK P. STAMP, JR.

FRANK H. OTWAY,

    Defendant.

## AGREED PARTIAL DISMISSAL ORDER

This day came the plaintiff, Amber L. McWha, by her counsel, Fitzsimmons Law Offices, Robert P. Fitzsimmons and Brent E. Wear, and the defendant, Frank H. Otway, by his counsel, Walsh, Collis & Blackmer PC, Paul J. Walsh, III and Adam M. Barnes, and the underinsured motorists insurer for the plaintiff, Allstate Insurance Company, by its counsel, Steptoe & Johnson PLLC and Mark E. Kinley, jointly moving that all claims of the plaintiff with/against Allstate Insurance Company be dismissed with prejudice as fully compromised and settled.

And it appearing that the parties have so agreed, as shown by the signatures of their attorneys of record below, it is, accordingly, ORDERED, ADJUDGED and DECREED that all claims of the plaintiff, Amber L. McWha, with/against Allstate Insurance Company be, and the same are hereby, dismissed with prejudice as fully compromised and settled between the plaintiff and Allstate Insurance Company.

The Clerk is directed to forward certified copies of this Agreed Partial Dismissal Order to all attorneys of record herein and this action shall continue on the docket of this Court as

WH154153.1

already scheduled on the remaining claims of the plaintiff, Amber L. McWha, against the defendant, Frank H. Otway.

ENTERED: August 8, 2007

FREDERICK P. STAMP, JR., Judge of the United States District Court for the Northern District Of West Virginia

Agreed:

Robert P. Fitzsimmons, Esq.
Brent E. Wear, Esq.
Fitzsimmons Law Offices
1609 Warwood Avenue
Wheeling, WV 26003
*Counsel for Plaintiff*

Paul J. Walsh, III, Esq.
Adam M. Barnes, Esq.
Walsh, Collis & Blackmer, PC
707 Grant Street
Gulf Tower, Suite 1400
Pittsburgh, PA 15219
*Counsel for Defendant*

Mark E. Kinley, Esq.
Steptoe & Johnson PLLC
1233 Main Street, Suite 3000
P.O. Box 751
Wheeling, WV 26003
*Counsel for Allstate Insurance Company, underinsured motorists insurer*